IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELLIOT C. MEDLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-669 |
| L. ORMANDY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 17, 2013 the Clerk's Office received a letter from Allan C. Mugan, an inmate at USP Marion. Mr. Mugan attached to the letter a document that purports to be Plaintiff's, Elliot C. Medlin's, response to the pending Motion for Summary Judgment (Doc. 28). Mr. Mugan explains that he was assisting Plaintiff in prosecuting this case and that while the brief was being typed, Plaintiff was sent to segregation. Mr. Medlin does not know when Plaintiff would be released and, out of an abundance of caution, mailed the unsigned brief to the Court along with exhibits. The Court notes that Plaintiff's brief was due on January 10, 2013.

Mr. Mugan is not Plaintiff's attorney and is not a named party to this case; therefore, he is unable to file pleadings on behalf of Plaintiff. In addition, the document itself is unsigned and therefore in violation of Federal Rule of Civil Procedure 11.

However, in light of Plaintiff's apparent incarceration in segregation, the Court will retain a copy of the pleading and *sua sponte* **GRANTS** Plaintiff until March 1, 2013 to to file his (signed) brief, along with a motion for extension of time explaining his tardiness.

**DATED: January 28, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**